# IN THE UNITED STATES BANRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | **CASE: 13-07526 BKT** |
| | * | |
| **SAMUEL QUINONES CRUZ** | | |
| **MARIA C SIERRA TORRES** | * | |
| | * | **CHAPTER 13** |
| Debtor (s) | * | |

## NOTICE OF AMENDMENT OF PAYMENT PLAN

### TO THE HONORABLE COURT:

**COMES NOW** debtors through their legal representation and very respectfully states as follows:

1. That debtors filed for relief under Chapter 13 of the Bankruptcy Code on September 12th, 2013.

2. Debtors are amending payment plan to provide provision for arrears to Doral Bank.

3. Attached to this notice, debtors respectfully submit amended payment plan.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 10th day of January of 2014.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)713-1892
Fax: (787)561-3601
adela4za@yahoo.com

ELECTRONICALLY FILED
S/ Adela L Torruella,
USDC- PR 200203

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:     Case No. **3:13-bk-7526**

**QUINONES CRUZ, SAMUEL & SIERRA TORRES, MARIA C**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: **1/10/2014**
Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **180.00** x **52** = $ **9,360.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **9,360.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
___

☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **9,360.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,881.00**

Signed: **/s/ SAMUEL QUINONES CRUZ**
Debtor

**/s/ MARIA C SIERRA TORRES**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. ___    Cr. ___
# **3009334987**    # ___    # ___
$ **445.00**    $ ___    $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☒ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE WILL PAY ATTORNEYS FEES FIRST AFTER THE CONFIRMATION OF PLAN.**

Attorney for Debtor **Adela L. Torruella**     Phone: **(787) 713-1892**

AMENDED CHAPTER 13 PAYMENT PLAN

QUINONES CRUZ, SAMUEL
URB JARDINES DE ORIENTE
358 CALLE MARIA CAPILLA
LAS PIEDRAS, PR  00771

SAMS-DISCOVER
PO BOX 105981
ATLANTA, GA  30353-5981

SIERRA TORRES, MARIA C
URB JARDINES DE ORIENTE
358 CALLE MARIA CAPILLA
LAS PIEDRAS, PR  00771

TOYOTA MOTOR PR
PO BOX 195467
SAN JUAN, PR  00919-5467

Adela L. Torruella
PO BOX 4040 SUITE 305
JUNCOS, PR  00777

ASUME
PO BOX 71316
SAN JUAN, PR  00936-8416

COOP A/C LAS PIEDRAS
APARTADO 414
LAS PIEDRAS, PR  00771

DISH
PO BOX 72006
SAN JUAN, PR  00936-7602

DORAL BANK
PO BOX 71529
SAN JUAN, PR  00936-8629

HOME DEPOT
PO BOX 790393
ST LOUIS, MO  63179

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

OPERATING PARTNERS CO. LLC.
PO BOX 194499
SAN JUAN, PR  00919-4499