## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| | * | **CASE NO. 13-07526 BKT** |
| **SAMUEL QUINONEZ CRUZ** | * | |
| **MARIA C SIERRA TORRES** | * | **CHAPTER 13** |
| Debtor | * | |

### MOTION REQUESTING AUTHORIZATION TO WITHDRAW AND RESIGN AS LEGAL COUNSEL OF DEBTOR

**TO THE HONORABLE COURT**

COMES NOW debtors through thier legal representation and very respectfully prays and states as follows:

1. That debtor's filed for relief under Chapter 13 of the Bankruptcy Code on September 12th, 2013.

2. After meeting with Debtors, Counsel is requesting from this Honorable Court to withdraw from debtor's legal representation in this case and that the Debtors be allow 60 days within which to appear with substitute counsel.

3. Counsel will provide Debtors a Copy of their file.

**WHEREFORE** the undersigned attorney very respectfully request from this Honorable Court that this motion be granted and that an order be enter approving the withdrawal and resignation of Counsel and that debtors be allowed 60 days within which to appear with substitute counsel.

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 15th day of July of 2014.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)713-1892
Fax: (787)561-3601
adela4za@yahoo.com

ELECTRONICALLY FILED
S/ Adela L Torruella,
USDC- PR 200203

QUINONES CRUZ, SAMUEL
URB JARDINES DE ORIENTE
358 CALLE MARIA CAPILLA
LAS PIEDRAS, PR 00771

SAMS-DISCOVER
PO BOX 105981
ATLANTA, GA 30353-5981

SIERRA TORRES, MARIA C
URB JARDINES DE ORIENTE
358 CALLE MARIA CAPILLA
LAS PIEDRAS, PR 00771

TOYOTA MOTOR PR
PO BOX 195467
SAN JUAN, PR 00919-5467

Adela L. Torruella
PO BOX 4040 SUITE 305
JUNCOS, PR 00777

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

COOP A/C LAS PIEDRAS
APARTADO 414
LAS PIEDRAS, PR 00771

DISH
PO BOX 72006
SAN JUAN, PR 00936-7602

DORAL BANK
PO BOX 71529
SAN JUAN, PR 00936-8629

HOME DEPOT
PO BOX 790393
ST LOUIS, MO 63179

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

OPERATING PARTNERS CO. LLC.
PO BOX 194499
SAN JUAN, PR 00919-4499